327 So.2d 740

In re Troy Murphy OATSVALL

v.

STATE of Alabama.

Ex parte Troy Murphy Oatsvall.

SC 1676.

Supreme Court of Alabama.

March 5, 1976.

J. D. Quinlivan, Jr., Mobile, for petitioner.

No appearance for the State.

FAULKNER, Justice.

Petition of Troy Murphy Oatsvall for Certiorari to the Court of Criminal Appeals to review and revise the judgment

and decision of that Court in *Oatsvall v. State,* 57 Ala.App. 240, 327 So.2d 735.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, ALMON and SHORES, JJ., concur.